FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16  PM 3: 43

Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of
TRUSTEES OF THE SOUTHERN ALASKA
CARPENTERS HEALTH AND SECURITY,
RETIREMENT, DEFINED CONTRIBUTION
PENSION and SOUTHCENTRAL AND
SOUTHEASTERN ALASKA CARPENTERS
APPRENTICESHIP AND TRAINING TRUST
FUNDS,

           Plaintiffs,

vs.

NORTHRIM SIDING, INC.,
WESTERN SURETY COMPANY,
BOND NO. 68990875,

           Defendants.

**Case No. A04-0030 Civ. (JKS)**

### NOTICE OF COST BILL HEARING

NOTICE IS HEREBY GIVEN THAT a hearing will be held at 9:00 a.m. on

December 22, 2005, at the Federal Building, U. S. Courthouse, 222 W. 7th Avenue, Room 229,

Anchorage, Alaska regarding the Bill of Costs filed by Plaintiffs on December 16, 2005.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322



DATED at Anchorage, Alaska this __16th__ day of December, 2005.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

By: _____
Sarah E. Josephson
Alaska Bar #9705017

**CERTIFICATE OF SERVICE**
This is to certify that on this ___16__ day of
December, 2005, a true and correct copy
of the foregoing was mailed to:

Kevin J. Anderson, Esq.
645 G Street, Suite 100, PMB 570
Anchorage, AK 99501

Kevin G. Brady
4001 Turnagain Blvd. E
Anchorage, AK 99517

_____
Dawn Andrews

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Notice of Cost Bill Hearing
Case No. A04-0030 Civ. (JKS)