FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 AM 10: 59

Kevin J. Anderson, Esq.
ANDERSON LAW GROUP
645 G Street #100, PMB 570
Anchorage, AK  99501
(907) 929-3100 (phone)
(907) 929-3636 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHRIM SIDING, INC. and WESTERN SURETY COMPANY BOND NO. 68990875,<br><br>Defendants. | Case No A04-0030 CV (JKS) |

**DEFENDANTS NORTHRIM SIDING, INC. AND WESTERN SURETY COMPANY BOND #68990875'S OPPOSITION TO DEFENDANTS' APPLICATION FOR COSTS**

Northrim Siding, Inc. ("Northrim") and Western Surety Bond #68990875 oppose the plaintiffs' cost application. As evidenced by the accompanying Offer of Judgment, delivered to the plaintiffs in September of 2005 (Exhibit A), the defendants offered judgment to the plaintiffs on more favorable terms than than the ultimate result of this action. In accordance with F.R.C.P. 68, the defendants are actually entitled to payment of their costs:

> If the judgment finally obtained by the offeree is not more favorable than the offer, the offeree must pay the costs incurred after the making of the offer. The

fact that an offer is made but not accepted does not preclude a subsequent offer.

F.R.C.P. 68.

Defendant Northrim has not applied for costs to be taxed against the plaintiff for failing to exceed the defendants' offer of judgment. The defendants vigorously oppose, however, any contention that the plaintiff is entitled to an award of costs.

DATED this 23rd of December, 2005, at Anchorage, Alaska.

ANDERSON LAW GROUP
Counsel for Defendants Northrim Siding, Inc. and Western Surety Bond #68990875

_____
Kevin J. Anderson
Bar No. 8611095