

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DEC 2 9 2005



**CASE NAME:** SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY et al, NORTHRIM SIDING, INC.

**CASE NUMBER:** A04-0030 CV(JKS)

**APPEARANCES:** Plaintiff - Sarah Josephson by telephone
Defendant -

**PROCEEDING:** CLERK'S TAXATION OF PLAINTIFF'S COST BILL

---

A cost bill hearing was held on December 22, 2005 at 9:00 a.m. in the above entitled case. Sarah Josephson appeared for the plaintiff by telephone. After the hearing, Kevin Anderson telephoned the clerk to notify her that he had been unable to enter the federal building because he did not have his identification card with him. He stated that he was going to verbally oppose the costs. The clerk directed him to file his opposition to the cost. Mr. Anderson filed his opposition on December 23, 2005.

The clerk taxes the following cost that were incurred prior to the defendant's offer of judgment:

Fees of the Clerk in the amount of $150.00 taxed.

Fees for service of summons and subpoena in the amount of $80.84 taxed.

Fees and disbursement for printing in the amount of $128.36. Copy fees for October 5, 2005 not taxed as this cost was incurred after the offer of judgment.

Total costs taxed for the plaintiff and against the defendant in the amount of $359.20.

Counsel's attention is directed to FRCP 54(d)(1) Review of costs.

Dated: December 28, 2005                    Clerk's Initials

A04-0030--CV (JKS)
-------------------  AM 12-29-05
K. ANDERSON
K. BRADY
S. JOSEPHSON (JERMAIN)

