IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>        Plaintiffs,<br><br>vs.<br><br>NORTHRIM SIDING, INC.,<br>WESTERN SURETY COMPANY,<br>BOND NO. 68990875,<br><br>        Defendants. | Case No. 3:04-cv-00030-JKS<br><br>AMENDED JUDGMENT<br>IN A CIVIL CASE |

      IT IS HEREBY ORDERED that plaintiffs have judgment against and recover from defendants, Northrim Siding, Inc. and Western Surety Company, Bond No. 68990875, jointly and severally, $28,645.22 for unpaid principal contributions, $4,998.57 for liquidated damages, and $359.20, with interest accruing on the total at the rate of 6.25% per annum from this date until paid. In addition, the Clerk assessed costs against the Defendant in the amount of $359.20. Plaintiffs were also awarded attorney fees in the amount of $27,493.75.

JUDGMENT IN A CIVIL CASE

Western Surety Company, Bond No. 68990875, is a source of payment for the judgment pursuant to AS 08.18.071(a)(2) and AS 08.18.081(a)(1)(authorizing claims against the bond for labor, including employee benefits). It shall pay plaintiffs the amount of $5,000.00 for delinquent contributions that accrued between April 2003 and January 2004.

Dated at Anchorage, Alaska, this _____ day of April, 2006.

                                                    _____
                                                  Timothy M. Burgess
                                                  United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2006, a true and correct copy of the foregoing, was mailed to:

Kevin J. Anderson, Esq.
645 G Street, Suite 100, PMB 570
Anchorage, AK 99501

_____/s/_____
Sarah E. Josephson#117088

JUDGMENT IN A CIVIL CASE