Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHRIM SIDING, INC., WESTERN SURETY COMPANY, BOND NO. 68990875,<br><br>Defendants. | Case No. 3:04-CV-0030 TMB |

## STATUS REPORT

Plaintiffs, by and through counsel, Jermain, Dunnagan & Owens, hereby file this status report in the above matter.  The lead plaintiffs' attorney in this matter is Sarah E. Josephson of Jermain, Dunnagan & Owens.  Kevin Anderson is counsel for defendants, Northrim Siding, Inc. and Western Surety Company, Bond No. 68990875.

The plaintiffs bring this suit pursuant to § 502(d)(1) of ERISA, 29 U.S.C. § 1132 (d)(1).

On January 28, 2004, plaintiffs filed a complaint against defendant Northrim Siding for failing to report and make complete trust fund contributions as agreed to in the Collective Bargaining Agreement and Trust Agreements. Plaintiffs' complaint also named Western Surety Company, Bond No. 68990875, who issued a bond to Northrim Siding, Inc. to assure payment of claims made by all persons supplying labor and materials in the prosecution of the work provided under the Compliance Agreement.

On December 7, 2005, plaintiffs received judgment in the amount of $33,643.79. On December 21, 2006, plaintiffs moved for attorney fees, and on April 7, 2006 were awarded full attorney fees.

On April 11, 2006, the plaintiffs' moved for relief from judgment to correct the judgment under Federal Rule of Civil Procedure 60(a). Currently the plaintiffs' April 11, 2006 Motion for Relief from Judgment has not been opposed and is the only pending motion in this matter.

On May 22, 2006, Kevin Anderson reviewed and approved this status report.

                                              JERMAIN, DUNNAGAN & OWENS, P.C.
                                              Attorneys for Plaintiffs

Dated: 05/22/06                                  By: /s/
                                              Sarah E. Josephson
                                              Jermain, Dunnagan & Owens
                                              3000 A Street, Suite 300
                                              Anchorage, AK 99503
                                              (907) 563-8844
                                              (907) 563-7322
                                              sjosephson@jdolaw.com
                                              ABA No. 9705017

CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of
May, 2006, a true and correct copy
of the foregoing was mailed to:

Kevin J. Anderson, Esq.
500 L St., Suite 303
Anchorage, AK 99501


_____/s/_____
Sarah E. Josephson