**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form."

RECEIVED
JUL 09 2007
CLERK US DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| PLAINTIFF<br>Trustees of the Southern Alaska Carpenters Health & Security | COURT CASE NUMBER<br>3:04-cv-00030-TMB |
| DEFENDANT<br>Northrim Siding, Inc. et al. | TYPE OF PROCESS<br>Writ of Execution |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT  301 W. Northern Lights Blvd., Anchorage, AK 99503

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve writ of execution, notice of levy and response to levy.

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 563/8844
DATE: 6/13/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk
Date: 6/14/07

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): April Park
Date of Service: 7/5/07    Time: 11:40 am

Signature of U.S. Marshal or Deputy

8.4m

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45 | 4.22 | | 49.22 | | |

REMARKS:
No funds
Returned 7-9-07

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

7/5, 0 Am
Served in Person
No Fee
01417 K321201
QPark
April J. Park

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of
TRUSTEES OF THE SOUTHERN ALASKA
CARPENTERS HEALTH AND SECURITY,
RETIREMENT, DEFINED CONTRIBUTION
PENSION and SOUTHCENTRAL AND
SOUTHEASTERN ALASKA CARPENTERS
APPRENTICESHIP AND TRAINING TRUST FUNDS,

Plaintiffs,

vs.

NORTHRIM SIDING, INC. and WESTERN SURETY
COMPANY, BOND NO. 68990875,

Defendants.

Case No. 3:04-CV-00030-TMB

**NOTICE OF LEVY
BY A COURT WRIT**

To: Wells Fargo Bank of Alaska
301 W. Northern Lights Blvd.
Anchorage, AK 99503

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: NORTHRIM SIDING, INC., Federal Tax ID#: 92-0171075 not exceeding the sum of $60,455.19 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: June _____, 2007

RANDY M. JOHNSON
United States Marshal
District of Alaska
222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

| | |
|---|---|
| Amount of Writ: | $62,739.82 |
| Service Fee: | $ 47.00 |
| Interest: | $ 2,668.37 |
| Less payment | $ -5,000.00 |
| Total Due: | $60,455.19 |

By: _____
Deputy U.S. Marshal

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3500 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

***********************************
## RESPONSE TO LEVY

To United States Marshal:

You are notified that Wells Fargo Bank of Alaska ( ) does (X) does not have money, personal property, credits, or debts belonging to NORTHRIM SIDING, INC., in the amount of $ NO ACCOUNT FOUND of which $ NO ACCOUNT FOUND is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: JUL 0 6 2007    SIGNATURE: Krystal Reyes

(Type or Print Name) Krystal Reyes

TITLE: Processor

---

Make checks payable to:
"CLERK OF COURT"
Note Case Number on the checks.
************************************
Mail "Response to Levy" & check to:
U.S. Marshals Service
222 W. 7th Ave., #28
Anchorage, AK 99513

---

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Notice of Levy by Court Writ
Case No. 3:04-CV-00030-TMB

Page 2